EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIANZ C.P. GENERAL INSURANCE CO.,
*as subrogee of,* UNIQUE PLASTIC
INDUSTRY, CO., LTD.

              Plaintiff,

    - against -

ORIENT OVERSEAS CONTAINER LINE LTD.,

             Defendant.
------------------------------------------------------------X

**RULE 7.1 CORPORATE
DISCLOSURE STATMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**PLEASE SEE ATTACHED**

Dated: New York, New York
       April 18, 2008

                       EDWARD C. RADZIK (ER-2473)
                       McDermott & Radzik, LLP
                       *Attorneys for Plaintiff*
                       Wall Street Plaza - 88 Pine Street
                       New York, NY 10005-1801
                       (212) 376-6400

Allianz Global Corporate & Specialty
Ayudhya Allianz CP Life Public Company Limited
Mondial Assistance c/o Auto Assist Co. Ltd.
Allianz Global Corporate & Specialty North America
Allianz Global Investors Distributors LLC
Allianz Global Investors of America L.P.
Allianz Hedge Fund Partners
Allianz Life Insurance Company of North America
Allianz Private Equity Partners, Inc.
Allianz Risk Transfer, Inc.
Euler Hermes ACI
Fireman's Fund AgriBusiness
Fireman's Fund Insurance Company
Fireman's Fund McGee Underwriters
Interstate Insurance Group
NFJ Investment Group
Nicholas-Applegate Capital Management
Oppenheimer Capital
PEA Capital LLC
PIMCO
RCM Capital Management LLC